Argued and submitted August 9, reversed September 18, 1985

STATE OF OREGON,
*Respondent,*

*v.*

ANTHONY FILLIPPONE,
*Appellant.*

(10-84-00343; CA A34016)

705 P2d 1159

Ernest E. Estes, Deputy Public Defender, Salem, argued the cause for appellant. With him on the briefs was Gary D. Babcock, Public Defender, Salem.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

The indictment charging defendant with sexual abuse in the first degree shows on its face that it was brought beyond the limitations period. The trial court should have sustained defendant's demurrer to the indictment. The state concedes that defendant's conviction must be reversed. *State v. Livingston,* 73 Or App 551, 699 P2d 1131 (1985).

Reversed.